**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RYAN GRIMES,

      Plaintiff,

v.                                                                  Case No.: 3:13-cv-746-J-99MMH-TEM

GREAT LAKES HIGHER
EDUCATION CORPORATION and
PERFORMANT TECHNOLOGIES, INC.

      Defendants.
_____/

## PLAINTIFF, RYAN GRIMES', CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW, the Plaintiff, RYAN GRIMES, by and through undersigned counsel, and files this Certificate of Interested Persons and Corporate Disclosure Statement and states as follows:

I hereby disclose the following pursuant to this Court's interested persons order:

1.     The name of each person, attorney, association or persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Ryan Grimes                                                         (Plaintiff)

Performant Recovery, Inc.                                      (Defendant)

Great Lakes Higher Education Corporation        (Defendant)

| | |
|---|---|
| Ryan G. Moore | (Plaintiff's counsel) |
| Wendell Finner | (Plaintiff's counsel) |
| Wendell Finner, P.A. | (Plaintiff's counsel) |
| Ernest H. Kohlmyer, III | (Defendant's counsel) |
| Urban, Their, Federer & Chinnery, P.A. | (Defendant's counsel) |

2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known.

3.  The name of every other entity which is likely to be an active participant I the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known.

4.  The name of each victim (individual or corporate) or civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

The Plaintiff was the victim of the Defendants' wrongful civil conduct.

5.  I hereby certify that, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

/s/ Ryan G. Moore_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on August 28, 2013, via the Court Clerk's CM/ECF system which will provide notice to the following: Ernest "Skip" Kohlmyer, III, attorney for Defendants, Great Lakes Higher Education Corporation and Performant Technologies, Inc., at Kohlmyer@urbanthier.com.

/s/ Ryan G. Moore
Wendell Finner, FBN: 93882
Ryan G. Moore, FBN: 70038
Wendell Finner, P.A.
340 Third Avenue South, Suite A
Jacksonville Beach, FL 32250-6767
P: (904) 242-7070
F: (904) 242-7054
wendell@beacheslaw.com
ryan@beacheslaw.com
*Attorneys for Plaintiff*